UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 2:25-cr-215-KCD-NPM
     18 U.S.C. § 844(i)
BLAKE RICHARD HOOVER   (Arson)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
(Arson)

On or about September 19, 2025, in the Middle District of Florida, the defendant,

**BLAKE RICHARD HOOVER,**

maliciously damaged and destroyed, and attempted to damage and destroy, by means of fire, a building and real and personal property of Chabad of Charlotte County, located in Punta Gorda, Florida, 33950, used in interstate and foreign commerce and in activity affecting interstate and foreign commerce.

In violation of 18 U.S.C. § 844(i).

### FORFEITURE

1.   The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. §§ 844(c) and 982(a)(2)(B), and 28 U.S.C. § 2461(c).

2.   Upon conviction of a violation of 18 U.S.C. § 844(i), the defendant shall

forfeit to the United States of America, pursuant to 18 U.S.C. § 982(a)(2)(B), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation, and pursuant to 18 U.S.C. § 844(c) and 28 U.S.C. § 2461(c), any explosive materials involved or used or intended to be used in the violation.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1) and 28 U.S.C. § 2461(c).

A TRUE BILL.

GREGORY W. KEHOE
United States Attorney

By: *Simon R Eth*
Simon Eth
Assistant United States Attorney

By: *Jesus M. Casas*
Jesus M. Casas
Assistant United States Attorney
Chief, Fort Myers Division

HARMEET DHILLON
Assistant Attorney General

By: *Simon R Eth*
 for Lia Wright Tesconi
Trial Attorney
Civil Rights Division – Criminal Section

FORM OBD-34
APR 1991

No. 2:25-cr-

## UNITED STATES DISTRICT COURT
### Middle District of Florida
### Fort Myers Division

THE UNITED STATES OF AMERICA

vs.

BLAKE RICHARD HOOVER

## INDICTMENT

Violations:
18 U.S.C. § 844(i)

A true bill

_____
Foreperson

Filed in open court this 1st day

of October, 2025.

*Courtney Ward*
_____
Clerk

Bail $_____

GPO 863 525