**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

UNITED STATES OF AMERICA

v.                                                                                        2:25-cr-215-KCD-NPM

BLAKE RICHARD HOOVER

_____

**NOTICE OF ARRAIGNMENT**

An Arraignment is scheduled for Thursday, October 16, 2025, at 2:00 PM. This hearing will be held before the Honorable Nicholas Mizell in Courtroom 5C, U.S. Courthouse, 2110 First Street, Fort Myers, Florida.

**PLEASE NOTE**: the defendant may avoid transport and appearance at the arraignment by completing and filing the attached waiver with the Clerk of Court no later than 2:00 PM on Wednesday, October 15, 2025. If the written waiver is timely filed, defense counsel may—but need not—appear at the arraignment. Otherwise, Defendant and defense counsel must appear at the scheduled date and time.

By email to usms-mfl-ftm@usdoj.gov **defense counsel must contemporaneously advise the Marshal of the filing of any such waiver.**

_____
NICHOLAS P. MIZELL
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  2:25-cr-215-KCD-NPM

BLAKE RICHARD HOOVER

## WAIVER OF APPEARANCE AT ARRAIGNMENT

As the defendant in the above-captioned action, I affirm receipt of the most recently filed indictment or information and waive my right to be present and to have my counsel present at the respective arraignment. I plead not guilty to the charge(s) and request entry of this division's standard criminal scheduling order.

_____
Print Defendant's Full Name

_____
Defendant's Signature

_____
Defense Counsel's Signature

[insert Fed. R. Crim. P. 49(b)(4) sig block]